UNITED STATES BANKRUPTCY COURT
SOUTHERN DIVISION OF OHIO
EASTERN DIVISION

In Re:  JOHN P WEST                              Case #:         07-53402
        SUZANNE KWEST

                                                                         Chapter 13

                                                                          Judge:         Preston

### **NOTICE OF TRANSMITTAL OF UNCLAIMED FUNDS**

Now comes Frank M. Pees, Standing Chapter 13 Trustee herein, and pursuant to

11 U.S.C. 347(a) and Bankruptcy Rule 3011, places unclaimed funds into the

Registry Fund.

Dated:     December 8, 2009                      /s/ Frank M. Pees_____
                                                                                      Frank M. Pees
                                                                                      Chapter 13 Trustee

| Name and Address | Amount |
|---|---|
| Heartland Cash Advance<br>1224 N 21st Street<br>Newark, Ohio 43055 | $325.75 |